UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

CIVIL ACTION NO. 08-13669

v.

DISTRICT JUDGE AVERN COHN

CURRENCY $66,809.37, et al,

        Defendants.
                                                  /

## ORDER GRANTING PLAINTIFF'S MOTION TO STAY
## CIVIL FORFEITURE PROCEEDINGS

On May 28, 2009 the Court held a continuation of the hearing on the Plaintiff's motion. For the reasons stated on the record,

**IT IS ORDERED** that the motion is **GRANTED**. The stay shall be extended for two weeks.

Dated: May 28, 2009

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 28, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160